Klondyke Government Concession, Limited, Respondent, v. Arthur Newton Christian Treadgold, Impleaded with Yukon Gold Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

William J. Wilson, Appellant, v. Shubert-Anderson Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Isidore Brandes, an Infant, by Harry Brandes, His Guardian ad Litem, Respondent, v. Bradley Contracting Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

John Martinkovics, Respondent, v. Lehigh Coal and Navigation Company, Appellant.— Judgment and order affirmed on authority of *Andriuszis* v. *Philadelphia & Reading Coal & Iron Co.* (172 App. Div. 350). Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.; Ingraham, P. J., dissented.

Frederick A. Jones, Respondent, v. William E. Woodin and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

The People of the State of New York, Respondent, v. George Garfalo, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

Alvey Manufacturing Company, Appellant, v. Interboro Brewing Company, Inc., Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

William J. Dempsey, Respondent, v. Northeastern Construction Company and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.

James Montfort Schley, Jr., Appellant, v. Morna Cliff Andrews, For-

merly Known as Morna Cliff Schley, Respondent.— Judgment affirmed, with costs. No opinion. Present—Ingraham, P. J., Laughlin, Clarke, Dowling and Smith, JJ.; Dowling and Smith, JJ., dissented.